# IN THE SUPREME COURT OF THE STATE OF NEVADA

BURKE HALL,
                Appellant,

vs.

VANESSA LOFTIS,
                Respondent.

No. 75036

**FILED**

FEB 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decree of divorce. Eighth Judicial District Court, Clark County; Sandra L. Pomrenze, Judge. Our review of the notice of appeal and documents transmitted with the notice reveals a jurisdictional defect. The decree of divorce grants a "status only" divorce and does not resolve the issues of child custody, child support, and child support arrears. It also appears that no written order addresses the division of the parties' property. Accordingly, it appears that the decree is not a final judgment appealable under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that disposes of all issues presented and leaves nothing for the court's future consideration except for post-judgment issues such as attorney fees and costs). As no other statute or court rule appears to authorize an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (explaining that this court has jurisdiction to consider an appeal only when the appeal

18-07390

is authorized by statute or court rule), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____Pickering____, J.
Pickering

_____Gibbons____ J.
Gibbons

_____Hardesty____, J.
Hardesty

cc:     Hon. Sandra L. Pomrenze, District Judge, Family Court Division
        Burke Hall
        Vanessa Loftis
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A